In the United States District Court
District of Minnesota

State of Minnesota           District Court
~~County of Clay~~           Seventh Judicial District

Joshua David Frank

   vs.                                    Complaint

                                                    23-cv-3767 (JMB/LIB)

State of Minnesota
Moorhead Police department
Officer Zach Johnson
K9
Officer unknown at time
Officer unknown at time

RECEIVED BY MAIL
DEC 08 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**I. Previous Lawsuits:**
   A. Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action or have you filed any other lawsuits relating to your imprisonment? No

**II. Place of present Confinement:** Cass County Jail
   A. Is there a prisoner grievance procedure in this institution? Yes
   B. Did you present the facts relating to your Complaint to the institution's prisoner grievance procedure? No

D. If you answer is no, Explain why not: Because it's a different State and Crime also dealing with Police officers.

III Parties:
A: Name of Plaintiff: Joshua David Frank
Address: % Cass County Jail, 450 34TH Street South Fargo, ND 58103

C) Name of defendant: Zach Johnson
Offical Position: Moorhead Police department K-9 unit handler
If defendant is a government offical or Employee are you Suing the defendant in his or her offical Capacity? Yes
If defendant is a government offical or Employee are you Suing the defendant in his or her individual Capacity? Yes
Place of Employment: Moorhead Police department.

D) Name of defendant #2: K-9 unit
Offical Position: K9 unit
If defendant is government offical or Employee are you Suing the defendant in his or her offical Capacity? Yes

If defendant is government offical or Employee are you suing the defendant in his or her individual Capacity? Yes
Place of Employment: Moorhead Police department

E) name of Defendant #3: officer unknown
Offical Position: Officer at Moorhead Police department
If defendant is a government offical or Employee are you suing the defendant in his or her offical Capacity? Yes
If defendant is government offical or Employee are you suing the defendant in his or her individual Capacity? Yes
Place of Employment: Moorhead Police department

F) name of defendant #4: officer unknown
Offical Position: officer at moorhead Police department
If defendant is a government offical or Employee are you suing the defendant in his or her offical Capacity? Yes
If defendant is a government offical or Employee are you suing the defendant in his or her individual Capacity? Yes
Place of Employment: Moorhead Police department

IV. Jurisdiction:
This complaint is brought pursuant to 42 U.S.C. §1983 and jurisdiction is based on 28 USC §1343 (a)(3.) Plaintiff alleges that defendant acted under color of State law with regard to facts Stated in Part V of this Complaint

V. Statement of Claim: #1: Officer Zach Johnson further more violated my rights By Coming to Clay County Jail to interview me Knowning I had a attorney. He did not have Any permission from Judge, prosecution and/or my attorney at all.

V. Statement of Claim: Claim No. 2:

Are you Claiming any physical injury? Yes On 1/20/2020, I Joshua David Frank, turned on to 8th St S, I came off 8th Ave S Fishtail officer Light me up then Involved in a highspeed Chase. Which ended in a short time. I was pulled out put in handcuffs on the ground at gun point. I was wearing Swiss tech Coat 3x's my size. I was patted down found dirty needle in upper left pocket. I said to officer I could not breath. Officer Zach Johnson of Moorhead Police department his partner a K9. Officer Johnson Stated "If I don't stop resisting arrested I'll release K-9." Well he release the K-9 and was bitten on the upper right thigh lifted off ground 3x's I got Anixity, Pdst after this injury.

C.) Are you claiming any physical injury? Yes was seen by Ambulance. Officers been informed to take me to the ER. Two officers ran me to ER, I was leaning on my left side because of the dog bite on my thigh. They hit every bump in the road and 3 to 4 times told me to sit up. I stated I can't I'm bleeding and injured on upper right thigh. After that was taken to Clay County Jail holding Cell I could not walk had to scoot on my butt to get food.

VI Relief.

I would like Court to grant me Serve resutution in the sum of 1.7 million dollars. All court fines, fees and medical bill paid for. Also to dismiss CT 3: Theft-take/Drive motor vehicle- No owner Consent. District Court file # 14-CR-21-216. Also as individual Capacity I ask to be granted 250,000 each.

VII Signature of Plaintiff

Signed this 4th day of December, 2023

Joshua Frank
(Signature of Plaintiff)